UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALAN HOLMES

Plaintiff(s),

v.

OXFORD CITY POLICE DEPT.
OXFORD CHIEF OF POLICE
OXFORD POLICE OFFICER

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. _____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☒ No

FILED
NOV 21 2023
AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II. **PLAINTIFF(S) INFORMATION**

Name: ALAN HOLMES
Prisoner ID #: 1004969
Place of detention: TIOGA COUNTY JAIL
Address: 103 CORPORATE DRIVE
Owego, New York 13827

Indicate your confinement status when the alleged wrongdoing occurred:
- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. **DEFENDANT(S) INFORMATION**

Defendant No. 1: FRANCIS ADAM
Name (Last, First)

OXFORD CHIEF OF POLICE
Job Title

Work Address

OXFORD          NEW YORK
City              State           Zip Code

Defendant No. 2: SHERMAN JASON
Name (Last, First)

OXFORD POLICE OFFICER
Job Title

2

Work Address

**Oxford** **New York** _____
City              State              Zip Code

Defendant No. 3: **Roberts, Abigail**
Name (Last, First)

**Trooper**
Job Title

**44 Park Street**
Work Address

**Port Crane** **New York** **13883**
City              State              Zip Code

Defendant No. 4: **Lee, Jennifer**
Name (Last, First)

**Trooper**
Job Title

**44 Park Street**
Work Address

**Port Crane** **New York** **13883**
City              State              Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

I was racially profiled and pulled over in the Village of Oxford in a Jeep belonging to a Ms. Ashley Townsend the owner of the vehicle. Once I was secured in Patrolman's Sherman's police vehicle after on dash cam and live Facebook messenger video asking the PTL. Sherman why did he pull me over, he stated that I was noted as a known "Drug Dealer", but I had just come from a female associates house after having sexual relations. The PTL. without my permission, or warrant commence to search the vehicle and do an inventory of items I had no idea of who or where they came from, or knew that they even existed.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

ILLEGAL SEARCH & SEIZURE BY THE OXFORD POLICE DEPARTMENT WITH WARRANT FROM VILLAGE JUSTICE

### SECOND CLAIM

INVENTORY WITHOUT RECEIPT BY THE OXFORD POLICE DEPARTMENT

### THIRD CLAIM

No CHAIN-OF-CUSTODY STRAIGHT TO THE NEW YORK STATE POLICE FORENSIC DEPARTMENT OF THE SOUTHERN TIER

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

I AM SEEKING A REPLEVIN OF $13,000,000.00 THIRTEEN million Dollars AND THAT ALL "CHAIN-OF-CUSTODY BE GIVEN TO THE PEOPLE'S COURT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Nov. 15, 2023

Plaintiff's signature
(All plaintiffs must sign the complaint)

ALAN HOLMES

(revised 10/2/16)

5

NAME: Alan Holmes
TIOGA COUNTY JAIL
103 CORPORATE DR.
OWEGO, NY 13827



RECEIVED
NOV 2 1 2023
JOHN M. DOMURAD, CLERK
U.S. DISTRICT COURT

John M. Domurad, Clerk
United State District Court
Federal building, P.O. Box 7367
100 S. Clinton Street
Syracause, New York 13261-7367

"LEGAL MAIL"